IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:10cv4

| | |
|---|---|
| JOHNNY R. SMATHERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **ORDER OF** |
| ) | **REMAND** |
| EGOLF MOTORS, INC.; ASHEVILLE ) | |
| DODGE, LLC; and THE ANDERSON ) | |
| AUTO CENTER, LLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the joint Motion to Remand. Having considered the joint motion and reviewed the pleadings, and it appearing that federal question jurisdiction is lacking and that the parties have agreed that this matter should be remanded, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion to Remand (#18) is **GRANTED,** and the is action is **REMANDED** to the North Carolina General Court of Justice, Superior Court Division, for Jackson County.

Signed: March 29, 2010

Dennis L. Howell
United States Magistrate Judge